AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

KEITH DAVIS,

*Plaintiff(s)*

v.

COMMACK FIRE DEPARTMENT, INC., et al. (full caption set forth in attached addendum)

*Defendant(s)*

Civil Action No. 22-cv-05606 (BMC)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Commack Fire Department, Inc.
6309 Jericho Turnpike
Commack, NY 11725
(additional defendants listed on addendum)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott Kreppein, Esq.
Devitt Spellman Barrett, LLP
50 Route 111, Ste 314
Smithtown, NY 11787

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 09/22/2022

Laura Jakubowski
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Docket No. 22-cv-05606 (BMC)

-----------------------------------------------------------X
KEITH DAVIS,

Plaintiff,

-against-

COMMACK FIRE DEPARTMENT, INC., COMMACK FIRE DISTRICT, KIERAN KEANE, JOHN BARRY, PAUL PURRAZZELLA, CHRISTOPHER CIACCIO, JOHN BICOCCHI, DEAN SCHNECKENBURGER, JOSEPH BICOCHI, and JOHN CIRILLO, in their official capacities as members of the Commack Fire Department, Inc. Executive Board, and PATRICK FAZIO, THOMAS MCFADZEN, STEVEN FONTANA, JEROME QUIGLEY, and PETER PACCIONE, in their official capacities as Commissioners of the Commack Fire District, and DANIEL MCBRIDE, in his official capacity as Captain of Commack Fire Department Engine Company No. 2.

Defendants.
-----------------------------------------------------------X

**ADDENDUM TO SUMMONS**

The full caption of this action is as set forth hereinabove.

The Defendants' names and addresses are:

COMMACK FIRE DEPARTMENT, INC., COMMACK FIRE DISTRICT, KIERAN KEANE, JOHN BARRY, PAUL PURRAZZELLA, CHRISTOPHER CIACCIO, JOHN BICOCCHI, DEAN SCHNECKENBURGER, JOSEPH BICOCHI, JOHN CIRILLO, PATRICK FAZIO, THOMAS MCFADZEN, STEVEN FONTANA, JEROME QUIGLEY, and PETER PACCIONE,

6309 Jericho Turnpike Commack
NY 11725

Civil Action No. 22-cv-05606

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: